IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **VINCENT JOHN MERTES,** | ) | Civil Action No. 7:12-cv-00364 |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **ZYCH,** | ) | By:   **Hon. Michael F. Urbanski** |
|     Respondent. | ) |        **United States District Judge** |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ORDERED**

that respondent's motion for summary judgment is **GRANTED** and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

                            Entered:  December 21, 2012

                            */s/ Michael F. Urbanski*

                            Michael F. Urbanski
                            United States District Judge